IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DAVID JONATHAN KENNEDY, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | CV 321-033 |
| WARDEN ANTOINE CALDWELL, | ) ) ) | |
| Respondent. | ) | |

# O R D E R

The above-captioned petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, challenges a judgment of conviction entered in the Superior Court of Crisp County, which is located in the Middle District of Georgia. It is the practice of this Court to transfer an action attacking a conviction to the District in which the original criminal proceedings were conducted. See 28 U.S.C. § 2241(d). Therefore, the Court **ORDERS** the transfer of this action to the United States District Court for the Middle District of Georgia for further consideration. The Court **DIRECTS** the Clerk to immediately forward the file to that District.

Petitioner should be aware that all future filings in this case, including the response to the May 5, 2021 filing fee deficiency notice, should be made with the Clerk, U.S. District Court, 201 W. Broad Ave., Albany, Georgia 31701.

SO ORDERED this 5th day of May, 2021, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA